UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ABDO SALEH ALNAJJAR, et al.,

                Plaintiffs,

-v.-

MICHAEL R. POMPEO, et al.,

                Defendants.

20 Civ. 2665 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    In light of the Government's letter of August 12, 2021 (Dkt. #80), communicating its recent knowledge of the passing of Plaintiff Abdo Saleh Alnajjar, it is the Court's understanding that the parties are discussing the possibility of voluntary dismissal of this action. The Court hereby ORDERS the parties to appear for a telephonic conference regarding the status of this case on August 20, 2021, at 4:00 p.m. If before that scheduled time, the parties agree upon the terms of dismissal of this action and transmit to the Court a stipulation to that effect, the Court will thereby adjourn this conference.

    The dial-in information is as follows: At 4:00 p.m. the parties shall call (888) 363-4749 and enter access code 5123533. Please note, the conference will not be available prior to 4:00 p.m.

    SO ORDERED.

Dated:    August 13, 2021
              New York, New York

                                            KATHERINE POLK FAILLA
                                            United States District Judge